NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-1384 consolidated with 06-168

CHAD PERRY

VERSUS

UNITED STATES SPECIALITY SPORTS ASSOC., ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20050321
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and Michael G. Sullivan, Judges.

AFFIRMED.

Jerry Joseph Falgoust
Dauzat, Falgoust, Caviness
P. O. Box 1450
Opelousas, LA 70571-1450
Telephone:  (337) 942-5811
COUNSEL FOR:
    Secondary Defendants/Appellants - The City of Carencro and/or
    The City of Carencro Recr. Dept., and Glenn Brasseaux

James E. Shields
Shields & Shields
30 New England Court
Gretna, LA 70053
Telephone:  (504) 368-2404
COUNSEL FOR:
    Plaintiff/Appellant - Chad Perry

**Michael J. Remondet, Jr.**
**Riley J. Busenlener**
**Jeansonne & Remondet**
**P. O. Box 91530**
**Lafayette, LA 70509**
**Telephone: (337) 237-4370**
**COUNSEL FOR:**
      **Defendants/Appellees - United States Speciality Sports Association**
      **and Western Surety Company**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Perry v. United States Specialty Sports Association, et al.*, 06-168 (La.App. 3 Cir. _____/07), ____So.2d_____, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Appellant, Chad Perry.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. Rule 2-16.3, Uniform Rules—Courts of Appeal.